1000 West Street
Suite 1400
Wilmington, DE 19801
www.connollygallagher.com

# CONNOLLY GALLAGHER LLP

**Christos T. Adamopoulos**

DIRECT DIAL: (302) 888 6206
DIRECT FAX: (302) 757 7277
EMAIL: cta@connollygallagher.com

January 11, 2016

<u>By Hand Delivery</u>:
The Honorable Gerald A. McHugh
U.S. District Court
Eastern District of Pennsylvania
601 Market Street, Room 9613
Philadelphia, PA  19106

    Re:   *Numeric Analytics, LLC v. Ann McCabe, et al.*
           C.A. No. 16-00051

Dear Judge McHugh,

    Please find enclosed a courtesy copy of the *Plaintiff' Brief in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Lack of Effective Service* and related documents, filed today.

    As set forth in its brief, the Plaintiff respectfully requests that Defendants' Motion be denied and that the Court resume the hearing on Plaintiff's Motion for Preliminary Injunction and/or a Temporary Restraining Order at its earliest convenience, as the matter remains urgent.

    If Your Honor has any questions, we are available at the convenience of the Court.

                                      Respectfully

                                      */s/ Christos T. Adamopoulos*

                                      Christos T. Adamopoulos (#3922)

CTA/dap
Enclosure
cc:    Daniel P. O'Meara, Esq.